STATE OF NEW JERSEY v. THOMAS J. CANFIELD.

October 18, 1984.

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed.  (See 96 *N.J.* 260)